**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| LIQIANG WEI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-0627 (UNA) |
| | ) | |
| JEREMY BERG, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. For the reasons stated below, the Court grants the application and dismisses the complaint.

Plaintiff alleges that, in 2017, he submitted two articles to Science/AAAS for publication in its journal. *See* Compl., Attach. 1 at 1. Defendants declined to publish the articles, *see id.*, Attach. 1 at 1-2, and plaintiff deems their actions a "violation of the laws of civic rights, namely, his "rights of freedom of speech and expression," *id.*, Attach. 1 at 3. He brings this action under 42 U.S.C. § 1983, *id.* at 2, and asks the Court "to order this Science journal to have [his] two articles . . . published . . . immediately," *id.*, Attach. 6. In addition, plaintiff demands "money damages . . . in the total amount of $10,550 millions." *Id.*, Attach. 6.

In relevant part, Section 1983 provides:

> Every person who, *under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia*, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the

> Constitution and laws, shall be liable to the party injured in an action
> at law, suit in equity, or other proper proceeding for redress[.]

42 U.S.C. § 1983 (emphasis added). "To recover damages under § 1983, a plaintiff must generally show that the alleged deprivation was committed by a person acting under color of state law." *Jordan v. District of Columbia*, 949 F. Supp. 2d 83, 89-90 (D.D.C. 2013). Plaintiff does not allege facts to show that the named defendants are employees or agents of a state or the District of Columbia. Absent a showing that the defendant editors are state actors, plaintiff's claim under § 1983 fails. *See Chandler v. W.E. Welch & Assocs.*, 533 F. Supp. 2d 94, 103 (D.D.C. 2008); *Abu-Jamal v. Nat'l Pub. Radio*, 1997 U.S. Dist. LEXIS 13604 (D.D.C. Aug. 21, 1997), *aff'd*, No. 97-7198, 1998 U.S. App. LEXIS 15476 (D.C. Cir. July 8, 1998) (per curiam).

An Order is issued separately.

_____
United States District Judge

DATE: 4/12/18